IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARION KAPLAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08cv0058 SWW |
| | * | |
| | * | |
| | * | |
| SCHINDLER ELEVATOR | * | |
| CORPORATION, | * | |
| | * | |
| Defendant. | * | |

ORDER

The motion [doc.#11] of attorney Robert M. Cearley, Jr. for leave to appear in this action is hereby granted.

The unopposed motion for protective order [doc.#12], which is attached to the motion and stipulated to by the parties, is hereby granted.[1]

IT IS SO ORDERED this 6th day of March 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The motion for leave to appear was filed as a notice of appearance and the motion for protective order was filed as a stipulated protective order re:confidentiality and signed by both parties. Both of these pleadings were docketed as motions by the Clerk's office.